UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Criminal No. 15-cr-20106-02
                                                   Hon. Matthew F. Leitman

v.

D2, DARRICK ADAMS,

       Defendant.

_____/

## ORDER ALLOWING LAPTOP INTO PLACE OF DETENTION

Upon Defendant's need to view electronic discovery material in the facility housing defendant, and the Court being aware of the refusal of detention facilities to allow a laptop into their facility without a court order;

**IT IS HEREBY ORDERED** that attorney Colleen Fitzharris shall be allowed to visit defendant at his place of incarceration and enter the facility with a laptop computer for purposes of reviewing discovery material in the above-captioned matter.

**IT IS FURTHER ORDERED** that a private and confidential area shall be provided for the inmate visit.

                                           /s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: October 25, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 25, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764