UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. No.: 15-20106-02
                                Honorable Matthew Leitman
v.                                   Magistrate Judge Anthony P. Patti

DARRICK ADAMS,

        Defendant.

**ORDER OF DETENTION PENDING SUPERVISED RELEASE HEARING**

On October 22, 2021, the defendant was brought before the Undersigned judicial officer for a detention hearing, pending his supervised release violation (SRV) hearing before Judge Matthew Leitman on October 27, 2021. After placing its reasoning on the record, all of which is hereby incorporated by this reference as though fully restated herein, the Court finds: (1) pursuant to 18 U.S.C. 3142(d)(2), that the defendant was placed on supervised release on March 23, 2020 for a period of 2 years, after serving 2 and-a-half years incarceration on a federal conviction for conspiracy to interfere with commerce by robbery; (2) that he may flee or pose a danger to any other person or the community; (3) pursuant to Rule 32.1(b)(1)(B), there is probable cause to believe that multiple violations of supervised release have occurred, including failing to submit to drug treatment, failing to maintain contact with his supervising officer for over a year, committing a domestic assault and

failing to report his arrest to his probation officer within 72 hours; (4) pursuant to 18 U.S.C. 3142(e)(2), that no condition or combination of conditions can reasonably assure the defendant's appearance for the upcoming hearing before Judge Leitman, his own safety or the safety of the community; and, (5) pursuant to Rule 32.1(a)(6), the defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of other persons in the community if released. Accordingly, the defendant is placed in the custody of the United States Marshal Service and hereby **DETAINED** until Judge Leitman considers his supervised release charges.

**IT IS SO ORDERED.**

Dated: October 24, 2021
Detroit, Michigan

ANTHONY P. PATTI
United States Magistrate Judge