MIE 1  
Revised 09/18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

DARRICK ADAMS                 Crim. No.: 15CR20106-002

On 07/22/2021 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 02/28/2022, and the Court made the following finding:

CONTINUE SUPERVISED RELEASE AND DISCHARGE AS SCHEDULED WITH RESTITUTION OWING.

In light of the supervised releasee's compliance with the Court-ordered conditions of supervision since the violation hearing on 02/28/2022, the probation department recommends that the Court dispose of the violation matter and continue supervision.

                                                     Respectfully submitted,

                                                       s/Sarah A. Reinkensmeyer  
                                                       Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 1st Day of March, 2022.

                                                       s/Matthew F. Leitman  
                                                       Matthew F. Leitman  
                                                       United States District Judge